# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 9/25/2026 DAY: Friday START TIME: 1:00 PM END TIME: 1:25 PM

JUDGE/MAG.: W. Conley CLERK: NLN/JHL REPORTER: PH

PROBATION OFFICER: ______ INTERPRETER: ______ SWORN: YES ☐ NO ☐

CASE NUMBER: 25-cr-63-wmc-12 CASE NAME: USA v. Anthony E. Hohenstein

**APPEARANCES:**

ASST. U.S. ATTY.: Steven Anderson DEFENDANT ATTY.: Mark Maciolek

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1; 4 YR(S) IMPRISONMENT; $ 250,000 FINE;

1 YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 37 ☐ INDICTMENT/INFORMATION READ ☒ DEFENDANT WAIVES READING

**PLEA:**

☐ GUILTY ☒ DEFENDANT SWORN

☐ NOT GUILTY ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST ☐ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: ______ TRIAL ESTIMATE: ______ DAYS

PTMH/EVID. HRG.: ______ MOTIONS DUE: ______

FPTC: ______ FPTC SUBMISSIONS: ______

FINAL HEARING: ______

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: ______ OBJECTIONS DUE: ______

SENTENCING : ______ at ______

**RELEASE/DETENTION:**

☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ______

**NOTES:**

TOTAL COURT TIME: 25"